Opinion issued May 17, 2007 

 


 





In The

Court of Appeals

For The

First District of Texas


____________


NOS. 01-06-01019-CR

 01-06-01020-CR

 01-06-01021-CR

 01-06-01022-CR

_____________



JERRY LEWIS FORD, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 338th District Court 

 Harris County, Texas

Trial Court Cause Nos. 1026104, 1026105, 104332, and 104733






MEMORANDUM OPINION ON PERMANENT ABATEMENT

 On May 9, 2007, the State filed a motion to permanently abate the above-
referenced appeals. See Tex. R. App. P. 7.1 (a) (2). In support of its motion, the State
attached a certified copy of the certificate of death for Jerry Lewis Ford, the appellant. 
The certificate states that appellant died on December 5, 2006.

 The death of an appellant during the pendency of an appeal deprives this court
of jurisdiction. Moliter v. State, 862 S. W. 2d 615, 616 (Tex. Crim. App. 1993). 

 We grant the State's motion and order these appeals permanently abated.

 We deny all pending motions as moot.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).